## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

HARUYO MORITA,

     Plaintiff,                             Case No.: 1:26-cv-01248

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | VN ART |
| 2 | ChaoYouQuWangLuoKeJi |
| 3 | chengdubaoyancanyinyouxiangongsi |
| 4 | zhizunbaojiaju(zhongqing)youxiangongsi |
| 5 | Generic-Art |
| 6 | JiuShangJiXie |
| 7 | DaFengXinXingJianCai |
| 8 | haerbinshiqiuliangxinxizixunyouxiangongsi |
| 9 | wenzhouchuangleijianzhuzhuanghuangyouxiangongsi |
| 10 | Fit Sew |
| 11 | Chi Da Xin |
| 12 | SuiHuaShiWeiHongWuYeGuanLiYouXianGongSi |
| 13 | LfgBdb |
| 14 | oulunxiposter |
| 15 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 16 | JiaFuJianZhu |
| 17 | Fumin Vacuum Robot Store |
| 18 | feichengshirunkezhuangshigongchengyouxiangongsi |
| 19 | wanghengmaiwazi |
| 20 | HanRuiZaiShengZiYuan |
| 21 | anyanghaosenjianzhuzhuangxiu |
| 22 | songyuanshibenshunkejiyouxiangongsi |
| 23 | JianDong Art |
| 24 | lingyeca |

1

| 25 | Puyang Educational Toys Wholesale |
|----|-----------------------------------|
| 26 | ZJ Sign |
| 27 | 义乌市腾劲商贸有限公司 |
| 28 | fuyangbeixiongshangmaoyouxiangongsi |
| 29 | ShiChiSiWenSanaoYuXiaGongSi |
| 30 | XiangLongJianCai |
| 31 | zhuzhouhuixiashangmaoyouxiangongsi |
| 32 | zll sp |
| 33 | jajisne |
| 34 | nanyangxingjuanshangmaoyouxiangongsi |
| 35 | HaoZeDianLiGongCheng |
| 36 | LanLiXiaHongTing |
| 37 | HeNanJiuQuanLeShangMao |
| 38 | Feng-stone |
| 39 | Guangzhou Bangqun Trading Co., Ltd |
| 40 | Aykabil's homestore |
| 41 | sale RuHuiShiJia |
| 42 | Hu gaowei |
| 43 | jilinshengpinyuanjinguanmaoyiyouxiangongsi |
| 44 | xiaosongd |
| 45 | hantianshangmao |
| 46 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 47 | YuZhouShiWeiXuShangMaoYouXianGongSi |
| 48 | XiangHeYinDaJiaJu |
| 49 | 金华市欧狮电子商务商行 |
| 50 | JXYYXY |
| 51 | linfenshiyaoduquliucunzhenxinwangmaoyejingyingbu |
| 52 | TaoTao024 |
| 53 | linyijunfashangmaoyouxiangongsi |
| 54 | GuiZhouErMuQinShangMao |
| 55 | zhoukouhongmishangmaoyouxiangongsi |
| 56 | CCHEWN |
| 57 | MO FASAYEI |
| 58 | YLSMZJF |
| 59 | jiningyuchenshangmaoyouxiangongsi |
| 60 | 太原市越泓商桥贸易有限公司 |
| 61 | fenglin us |
| 62 | SXFXDZSWD |
| 63 | JLYWJYPJY |
| 64 | cenglinfanbuyouhuayishudian |

| 65 | AE6TP8D1R |
|---|---|
| 66 | BaoFengXianJunPengJiaJu |
| 67 | GZXWKJYXGS |
| 68 | BeiLingJingMao |
| 69 | Benshuang Shop |
| 70 | Add color to the room |
| 71 | Loli Unicorn wall art |
| 72 | XQYZC Canvas Painting Shop |
| 73 | JX Canvas Painting Shop |
| 74 | QYT Canvas Painting Shop |
| 75 | KX Canvas Painting Shop |
| 76 | Xs Canvas Painting Shop |
| 77 | Creative Digital Oil Painting |
| 78 | YW Canvas Painting Shop |
| 79 | YBB Canvas Painting Shop |
| 80 | Hot Wind Art |
| 81 | BJHG Mall |
| 82 | GZ Canvas Painting Shop |
| 83 | WWeihan poster |
| 84 | KDELYT |
| 85 | yang zhi xiong poster |
| 86 | pou lian pou Poster |
| 87 | Art Poster Gather |
| 88 | penlonb |
| 89 | cy poscy |
| 90 | Hello HI Hello HI |
| 91 | Albai poster |
| 92 | XH wall painting |
| 93 | HHDD Canvas |
| 94 | Xiao Mao De Dian |
| 95 | Wanxuan Canvas Painting Shop |
| 96 | ZK Canvas Painting Shop |
| 97 | YP Canvas Painting Shop |
| 98 | Blue Sky Local |
| 99 | SUNSHINE IN LIFE |
| 100 | AA Color Art |
| 101 | Canvas Reflections |
| 102 | HUFANS |
| 103 | AA Yeelen |
| 104 | Collaborative Digital Qil Painting Shop |
| 105 | HC Canvas Painting Shop |

| 106 | One Chen Shop |
| 107 | luckytow |
| 108 | SAFETY ART SHOP |
| 109 | Sunbleached Palette |
| 110 | PawsPalette |
| 111 | Timbre Grain |
| 112 | AA Arts House |
| 113 | A Color painting |
| 114 | NICEFJYZW |
| 115 | TT Wall Painting |
| 116 | foegr aheadi poster |
| 117 | funingworld |
| 118 | Gorgeous Poster |
| 119 | myeeaaa |
| 120 | CT Poster |
| 121 | koi JUAKuuuh |
| 122 | wwzxcxccs |
| 123 | wanzhihancai |
| 124 | John Calvin Posters |
| 125 | PAW PAW WALL ART local |
| 126 | FTRWBHUG |
| 127 | New poster master |
| 128 | UU Art Posters |
| 129 | Wood frame poster art |
| 130 | L Waterproof poster |
| 131 | FTPKWJIT |
| 132 | Eco Vogue Hut b |
| 133 | Heiheihei shop |
| 134 | see me shop |
| 135 | Cosy Emporium |
| 136 | Colorful shopzone |
| 137 | Eco Vogue Hut c |
| 138 | yoyo art shop a |
| 139 | Reliable Find |
| 140 | GorgeousGoods |
| 141 | ChenMin WALL ART |
| 142 | FF Art Posters |
| 143 | Smart SourceS |
| 144 | LJ poster |
| 145 | Your poster shop |
| 146 | yoyo art shop |

| 147 | Swot Supply |
| 148 | Trend Radar |
| 149 | mirarii poster |
| 150 | Serenitao poster |