**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HARUYO MORITA,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,<br><br>Defendants. | Case No. 26-cv-01248<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Maria Valdez** |

**DEFAULT FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff HARUYO MORITA ("Morita" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Morita having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Morita having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Morita has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Morita's federally registered copyrights, which are protected by United State Copyright Registration Nos. VA 2-412-828; VA 2-414-778; VA 2-411-853; VA2-411-852; VA 2-414-777; VA 2-412-837; VA 2-414-773; VA2-414-775; VA 2-413-783; VA 2-414-776; VA 2-411-764; VA 2-414-770; VA 2-414-771; VA 2-414-774; VA 2-413-781; and VA 2-411-855 (the "Haruyo Morita Works") to residents of Illinois. In this case, Morita has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Haruyo Morita Works. *See* Docket No. [16], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Haruyo Morita Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Morita's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Haruyo Morita Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Haruyo Morita product or not authorized by Morita to be sold in connection with the Haruyo Morita Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Haruyo Morita product or any other product produced by Morita, that is not Morita's or not produced under the authorization, control, or supervision of Morita and approved by Morita for sale under the Haruyo Morita Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Morita, or are sponsored by, approved by, or otherwise connected with Morita; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Morita, nor authorized by Morita to be sold or offered for sale, and which bear any of Morita's copyrights, including the Haruyo Morita Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Temu, LLC ("Temu"), and Walmart Inc. ("Walmart") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Haruyo Morita Works; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Haruyo Morita Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Haruyo Morita product or not authorized by Morita to be sold in connection with the Haruyo Morita Works.

3. Upon Morita's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Haruyo Morita Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Morita is awarded statutory damages from each of the Defaulting Defendants in the amount of five thousand dollars ($5,000) for willful use of infringing Haruyo Morita Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, and Walmart shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Temu, and Walmart are hereby released to Morita as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Temu, and Walmart are ordered to release to Morita the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Morita has recovered full payment of monies owed to it by any Defaulting Defendant, Morita shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Morita identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Morita may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Haruyo Morita and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The Ten Thousand U.S. Dollars ($10,000) cash or surety bond posted by Morita is hereby released to Morita or Plaintiff's counsel, Jiang IP LLC, 33 West Jackson Boulevard, #2W,

Chicago, Illinois, 60604. The Clerk of the Court is directed to return the cash or surety bond previously deposited with the Clerk of the Court to Morita or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: 9/24/2026

Elaine E. Bucklo
United States District Judge

## First Amended Schedule A

| No. | Defendants |
|---|---|
| 1 | [redacted] |
| 2 | ChaoYouQuWangLuoKeJi |
| 3 | chengdubaoyancanyinyouxiangongsi |
| 4 | zhizunbaojiaju(zhongqing)youxiangongsi |
| 5 | Generic-Art |
| 6 | JiuShangJiXie |
| 7 | DaFengXinXingJianCai |
| 8 | haerbinshiqiuliangxinxizixunyouxiangongsi |
| 9 | wenzhouchuangleijianzhuzhuanghuangyouxiangongsi |
| 10 | Fit Sew |
| 11 | Chi Da Xin |
| 12 | SuiHuaShiWeiHongWuYeGuanLiYouXianGongSi |
| 13 | [redacted] |
| 14 | oulunxiposter |
| 15 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 16 | JiaFuJianZhu |
| 17 | Fumin Vacuum Robot Store |
| 18 | feichengshirunkezhuangshigongchengyouxiangongsi |
| 19 | wanghengmaiwazi |
| 20 | HanRuiZaiShengZiYuan |
| 21 | anyanghaosenjianzhuzhuangxiu |
| 22 | songyuanshibenshunkejiyouxiangongsi |
| 23 | JianDong Art |
| 24 | lingyeca |
| 25 | Puyang Educational Toys Wholesale |
| 26 | ZJ Sign |
| 27 | 义乌市腾劭商贸有限公司 |
| 28 | fuyangbeixiongshangmaoyouxiangongsi |
| 29 | ShiChiSiWenSanaoYuXiaGongSi |
| 30 | XiangLongJianCai |
| 31 | zhuzhouhuixiashangmaoyouxiangongsi |
| 32 | zll sp |
| 33 | jajisne |
| 34 | nanyangxingjuanshangmaoyouxiangongsi |
| 35 | HaoZeDianLiGongCheng |
| 36 | LanLiXiaHongTing |
| 37 | HeNanJiuQuanLeShangMao |
| 38 | Feng-stone |
| 39 | Guangzhou Bangqun Trading Co., Ltd |

| | |
|---|---|
| 40 | Aykabil's homestore |
| 41 | sale RuHuiShiJia |
| 42 | Hu gaowei |
| 43 | jilinshengpinyuanjinguanmaoyiyouxiangongsi |
| 44 | xiaosongd |
| 45 | hantianshangmao |
| 46 | GuangShuiShiLiZhuiLangShangMaoYouXianGongSi |
| 47 | YuZhouShiWeiXuShangMaoYouXianGongSi |
| 48 | XiangHeYinDaJiaJu |
| 49 | 金华市欧狮电子商务商行 |
| 50 | JXYYXY |
| 51 | linfenshiyaoduquliucunzhenxinwangmaoyejingyingbu |
| 52 | TaoTao024 |
| 53 | linyijunfashangmaoyouxiangongsi |
| 54 | GuiZhouErMuQinShangMao |
| 55 | zhoukouhongmishangmaoyouxiangongsi |
| 56 | CCHEWN |
| 57 | MO FASAYEI |
| 58 | YLSMZJF |
| 59 | jiningyuchenshangmaoyouxiangongsi |
| 60 | 太原市越泓商桥贸易有限公司 |
| 61 | fenglin us |
| 62 | SXFXDZSWD |
| 63 | JLYWJYPJY |
| 64 | cenglinfanbuyouhuayishudian |
| 65 | AE6TP8D1R |
| 66 | BaoFengXianJunPengJiaJu |
| 67 | GZXWKJYXGS |
| 68 | BeiLingJingMao |
| 69 | Benshuang Shop |
| 70 | Add color to the room |
| 71 | Loli Unicorn wall art |
| 72 | XQYZC Canvas Painting Shop |
| 73 | JX Canvas Painting Shop |
| 74 | QYT Canvas Painting Shop |
| 75 | KX Canvas Painting Shop |
| 76 | Xs Canvas Painting Shop |
| 77 | Creative Digital Oil Painting |
| 78 | YW Canvas Painting Shop |
| 79 | YBB Canvas Painting Shop |
| 80 | Hot Wind Art |

| | |
|---|---|
| 81 | BJHG Mall |
| 82 | GZ Canvas Painting Shop |
| 83 | WWeihan poster |
| 84 | KDELYT |
| 85 | yang zhi xiong poster |
| 86 | [redacted] |
| 87 | Art Poster Gather |
| 88 | penlonb |
| 89 | cy poscy |
| 90 | Hello HI Hello HI |
| 91 | Albai poster |
| 92 | XH wall painting |
| 93 | HHDD Canvas |
| 94 | Xiao Mao De Dian |
| 95 | Wanxuan Canvas Painting Shop |
| 96 | ZK Canvas Painting Shop |
| 97 | YP Canvas Painting Shop |
| 98 | Blue Sky Local |
| 99 | SUNSHINE IN LIFE |
| 100 | AA Color Art |
| 101 | Canvas Reflections |
| 102 | HUFANS |
| 103 | AA Yeelen |
| 104 | Collaborative Digital Qil Painting Shop |
| 105 | HC Canvas Painting Shop |
| 106 | One Chen Shop |
| 107 | luckytow |
| 108 | SAFETY ART SHOP |
| 109 | Sunbleached Palette |
| 110 | PawsPalette |
| 111 | Timbre Grain |
| 112 | AA Arts House |
| 113 | A Color painting |
| 114 | NICEFJYZW |
| 115 | TT Wall Painting |
| 116 | foegr aheadi poster |
| 117 | funingworld |
| 118 | [redacted] |
| 119 | myeeaaa |
| 120 | CT Poster |
| 121 | koi JUAKuuuh |

| | |
|---|---|
| 122 | wwzxcxccs |
| 123 | wanzhihancai |
| 124 | John Calvin Posters |
| 125 | PAW PAW WALL ART local |
| 126 | FTRWBHUG |
| 127 | New poster master |
| 128 | UU Art Posters |
| 129 | Wood frame poster art |
| 130 | L Waterproof poster |
| 131 | FTPKWJIT |
| 132 | Eco Vogue Hut b |
| 133 | Heiheihei shop |
| 134 | see me shop |
| 135 | Cosy Emporium |
| 136 | Colorful shopzone |
| 137 | Eco Vogue Hut c |
| 138 | yoyo art shop a |
| 139 | Reliable Find |
| 140 | GorgeousGoods |
| 141 | ChenMin WALL ART |
| 142 | FF Art Posters |
| 143 | Smart SourceS |
| 144 | LJ poster |
| 145 | Your poster shop |
| 146 | yoyo art shop |
| 147 | Swot Supply |
| 148 | Trend Radar |
| 149 | mirarii poster |
| 150 | Serenitao poster |